**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:   VANDEVUSSE, KIM LOUISE | Chapter 7 |
| MCGINN, KIM | Case No. 09-73522 |
| Debtor(s) | JUDGE THOMAS M. LYNCH |

CERTIFICATE OF SERVICE

The undersigned certifies that on January 29, 2019, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Nathan E. Curtis
Geraci Law LLC
55 E. Monroe Street, Suite 3400
Chicago, IL  60603
ndil@geracilaw.com

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

/s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

Final Report Certificate of Service.wpd

Kim Louise Vandevusse
110 Lamplighter Loop
Poplar Grove, IL 61065

Carole J. Ryczek
Office of the United States Trustee
780 W. Regent, Suite 304
Madison, WI 53715

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH 43054-3025

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**EXHIBIT A**